954

v. *United States,* 504 U. S. 933 (1992) (WHITE, J., dissenting from denial of certiorari); *Beltran-Felix* v. *United States,* 502 U. S. 1065 (1992) (WHITE, J., dissenting from denial of certiorari). This marks the sixth time this issue has come before the Court in two Terms. The Court should resolve this persistent conflict.

No. 92–6592. LAAMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 92–6856. HARRIS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 92–6989. ERVIN v. MISSOURI. Sup. Ct. Mo. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 92–6910. FREY v. FULCOMER, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE SOUTER would grant certiorari.

No. 91–1817. HURLEY ET AL. v. UNITED STATES, 506 U. S. 817;

No. 91–8654. PARROTT v. UNITED STATES ET AL., 506 U. S. 854;

No. 92–299. GOTZL v. CANTRELL (GOTZL), 506 U. S. 917;

No. 92–624. PHELPS v. RISON, WARDEN, ET AL., 506 U. S. 976;

No. 92–674. LUM v. CITY AND COUNTY OF HONOLULU, 506 U. S. 1022;

No. 92–867. IN RE POLYAK, 506 U. S. 1047;

No. 92–5363. JONES v. UNTHANK ET AL., 506 U. S. 893;

No. 92–5529. SYROVATKA v. CALIFORNIA, 506 U. S. 1002;

No. 92–5562. MILLER v. McRAE ET AL., 506 U. S. 958;

No. 92–5833. CARLISLE v. GRADICK ET AL., 506 U. S. 961;

No. 92–5879. BROWN v. BORGERT, WARDEN, 506 U. S. 977;

No. 92–5958. SINDRAM v. SAXTON ET AL., 506 U. S. 988;

No. 92–5962. JOHNSON v. SPELLING-GOLDBERG PRODUCTIONS, 506 U. S. 978;

No. 92–6011.  VENTERS *v.* BASHELOR ET AL., 506 U. S. 1004;

No. 92–6017.  ATTWELL *v.* CLARK ET AL., 506 U. S. 1004;

No. 92–6020.  SMITH *v.* ALAMEDA COUNTY SHERIFF DEPARTMENT ET AL., 506 U. S. 988;

No. 92–6022.  WRIGHT *v.* ILLINOIS, 506 U. S. 1004;

No. 92–6023.  SMITH *v.* CITIZENS BANK OF MARYLAND, 506 U. S. 1004;

No. 92–6041.  RANKEL *v.* TRACY ET AL., 506 U. S. 978;

No. 92–6076.  GYORE *v.* O'CONNELL ET AL., 506 U. S. 1005;

No. 92–6099.  SINDRAM *v.* LORENZO ET AL., 506 U. S. 1006;

No. 92–6121.  LEWIS *v.* RUSSE ET AL., 506 U. S. 1006;

No. 92–6125.  KENEALY *v.* FRUEHAUF CORP. ET AL., 506 U. S. 1006;

No. 92–6126.  HOWELL *v.* DELAWARE, 506 U. S. 1006;

No. 92–6139.  PACKER *v.* GARRETT, SECRETARY OF THE NAVY, ET AL., 506 U. S. 1036;

No. 92–6155.  STOUT *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, 506 U. S. 1024;

No. 92–6161.  HENDERSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 506 U. S. 1007;

No. 92–6165.  WILLIAMSON *v.* UNITED STATES, 506 U. S. 1007;

No. 92–6216.  LUSTGARDEN *v.* GUNTER, EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS, ET AL., 506 U. S. 1008;

No. 92–6218.  ATANASOFF *v.* ARIZONA, 506 U. S. 1008;

No. 92–6234.  KENH QUANG PHAM *v.* SECRETARY OF HEALTH AND HUMAN SERVICES, 506 U. S. 1024;

No. 92–6242.  BETKA *v.* OREGON ET AL., 506 U. S. 1024;

No. 92–6244.  ANDERSON *v.* DEPARTMENT OF THE AIR FORCE, 506 U. S. 1057;

No. 92–6300.  EVANS *v.* UNITED STATES, 506 U. S. 991;

No. 92–6317.  MULVILLE *v.* NORWEST BANK DES MOINES, NA, ET AL., 506 U. S. 1025;

No. 92–6328.  MOSEANKO *v.* FRIEDT ET AL., 506 U. S. 1025;

No. 92–6336.  BROWN *v.* UNITED STATES, 506 U. S. 1058;

No. 92–6420.  MITAN *v.* UNITED STATES, 506 U. S. 1059;

No. 92–6505.  MARTIN *v.* JONES, WARDEN, ET AL., 506 U. S. 1061;

No. 92–6542.  RODRIGUEZ *v.* BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL., 506 U. S. 1062;

No. 92–6545.  ARNETTE *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES, 506 U. S. 1063;

No. 92–6557. Estes *v.* McCotter et al., 506 U. S. 1063;

No. 92–6608. Lane *v.* Collins, Director, Texas Department of Criminal Justice, Institutional Division, 506 U. S. 1065;

No. 92–6686. Johnston *v.* United States, 506 U. S. 1068; and

No. 92–6696. Taylor *v.* City of New Albany et al., 506 U. S. 1085. Petitions for rehearing denied.

No. 92–732. Gulf States Steel, Inc. of Alabama *v.* LTV Corp. et al., 506 U. S. 1022. Motion of Alabama to intervene or in the alternative to file a brief *amicus curiae* denied. Petition for rehearing denied.

No. 92–5505. Dean *v.* Smith et al., 506 U. S. 1002. Motion for leave to file petition for rehearing denied.

### February 24, 1993

No. 92–7621 (A–622). Kellogg, as Next Friend to Lonchar *v.* Zant, Warden. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Certiorari denied.

### March 1, 1993

No. 92–1194. Holloway et al. *v.* Hechler, Secretary of State of West Virginia, et al. Affirmed on appeal from D. C. S. D. W. Va.

No. 92–856. Ponte, Superintendent, Massachusetts Correctional Institute at Walpole, et al. *v.* Domegan. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farrar* v. *Hobby*, 506 U. S. 103 (1992).

No. 92–982. Mohwish *v.* United States. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further